**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ANTHONY E. SONNETT, SB# 163182
  E-Mail: Anthony.Sonnett@lewisbrisbois.com
JOCELYN A. JULIAN, SB# 173225
  E-Mail: Jocelyn.Julian@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, HEALTH GARDEN OF NY, INC., sued herein as "HEALTH GARDEN OF NY, INC. d/b/a HEALTH GARDEN USA"

LAW OFFICE OF TODD M. FRIEDMAN, P.C.
TODD M. FRIEDMAN
ADRIAN R. BACON
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Telephone: 323.306.4234
Facsimile: 866.633.0228
E-Mail: tfriedman@toddflaw.com

Attorneys for Plaintiff, SARAH SOM-DOTSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SARAH SOM-DOTSON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH GARDEN OF NY, INC. d/b/a HEALTH GARDEN USA,<br><br>Defendants. | Case No. 2:23-cv-03083-DSF-KS<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Trial Date:     None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff SARAH SOM-DOTSON and Defendant HEALTH GARDEN OF NY, INC. (collectively, the "Parties") jointly write to advise this Court that they have settled this matter. The Parties request that

128858416.1

JOINT NOTICE OF SETTLEMENT

the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

DATED: September 1, 2023   ANTHONY E. SONNETT
JOCELYN A. JULIAN
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ____/s/ Jocelyn A. Julian____
JOCELYN A. JULIAN
Attorneys for Defendant, HEALTH GARDEN OF NY, INC., sued herein as "HEALTH GARDEN OF NY, INC. d/b/a HEALTH GARDEN USA"

DATED: September 1, 2023   TODD M. FRIEDMAN
ADRIAN R. BACON
LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: ____/s/ Todd M. Friedman____
TODD M. FRIEDMAN
Attorneys for Plaintiff, SARAH SOM-DOTSON

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September, 2023, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd M. Friedman, Esq.
Adrian R. Bacon, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd Suite 340
Woodland Hills, CA 91364
Tel No: (323) 306-4234
Fax No: (866) 633-0228
E-Mail: tfriedman@toddflaw.com
E-Mail: abacon@toddflaw.com

***Attorneys for Plaintiff***

I also certify the document and a copy of the Notice of Electronic Filing was served via  on the following non-CM/ECF participants:

          /s/ *Jocelyn A. Julian*
Jocelyn A. Julian
Attorneys for Defendant, HEALTH GARDEN OF NY, INC., sued herein as "HEALTH GARDEN OF NY, INC. d/b/a HEALTH GARDEN USA"