**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARAH SOM-DOTSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH GARDEN OF NY, INC. d/b/a HEALTH GARDEN USA,<br><br>Defendant. | Case No. 2:23-cv-03083-DSF-KS<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

    Before the Court is the Parties' Joint Notice of Settlement, which requests that the Court vacate all upcoming hearings and deadlines. Having considered the Notice, and good cause appearing, the Court strikes the current deadlines in this case. The parties are required to file a joint status report on settlement, or a stipulation of dismissal, by 12/05/2023. If the parties file a stipulation of dismissal before that deadline, the joint status report requirement will be stricken.

    IT IS SO ORDERED:

DATED: September 5, 2023    BY: *Dale S. Fischer*
                                                      Honorable Dale S. Fischer
                                                    United States District Judge