Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SOM-DOTSON, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>HEALTH GARDEN OF NY, INC. d/b/a HEALTH GARDEN USA,<br><br>　　　　Defendant. | Case No. 2:23-cv-03083-DSF-KS<br><br>**Honorable Dale S. Fischer**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, WITHOUT COSTS AND WITHOUT ATTORNEYS' FEES TO ANY PARTY** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Sarah Som-Dotson ("Plaintiff"), and Defendant, Health Garden Of NY, Inc. ("Defendant"), hereby stipulate and agree to the voluntary dismissal of this action, with prejudice to Plaintiff's individual claims and without prejudice to the claims of other putative class members, without costs and without attorneys' fees to any of the parties.

　　　　　　　　　　　　Respectfully submitted November 27, 2023

　　　　　　　　　　　　By:　/s/ Todd M. Friedman
　　　　　　　　　　　　　　　Todd M. Friedman
　　　　　　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　　　　　　Attorney for Plaintiff, Sarah Som-Dotson

    By: <u>/s/ Jocelyn A. Julian</u>
      Jocelyn A. Julian
      Lewis Brisbois Bisgaard & Smith LLP
      Attorney for Defendant, Health Garden
      Of NY, Inc., sued herein as "Health
      Garden of NY, Inc. d/b/a Health
      Garden USA

### Signature Certification

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained her authorization to affix her electronic signature to this document.

Dated: November 27, 2023

    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

    By: <u>/s/ Todd M. Friedman</u>
      Todd M. Friedman, Esq.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On November 27, 2023, I served a true copy of the Stipulation of Voluntary Dismissal on all counsel of record via the ECF Filing System:

Executed on November 27, 2023.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:    /s/ Todd M. Friedman
       Todd M. Friedman, Esq.
       Attorney for Plaintiff