JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH SOM-DOTSON, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEALTH GARDEN OF NY, INC. d/b/a HEALTH GARDEN USA,<br><br>Defendant. | Case No. 2:23-cv-03083-DSF-KS<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE, WITHOUT COSTS AND WITHOUT ATTORNEYS' FEES TO ANY PARTY** |

Before the Court is the Parties' Stipulation of Voluntary Dismissal. Having considered the Stipulation, and good cause appearing therefor, the Court grants the Parties' requested relief and orders as follows:

Plaintiff's individual claims are hereby dismissed with prejudice. The claims of the putative class members are dismissed without prejudice. Each party to bear their own costs and attorneys' fees.

IT IS SO ORDERED:

DATED: November 27, 2023        BY: *Dale S. Fischer*
                                     Honorable Dale S. Fischer
                                     United States District Judge